47 F.3d 1160
 Gruber (Robert), Penza (Theresa), o/b/o Themselves and All
Others Similarly Situated Including Their Dependents,
Glenwood Beer Distributors, Inc., Beechwood Industries,
Inc., Genovese (Ralph), Chaney (Al), Miller (Brian),
Paramount Lists, Inc.
v.
Hubbard, Bert, Karle, Weber, Inc., Gordon (John), Karle (J.
Patrick), McClure (Richard M.), Maxwell (Ronald D.), Mehl
(Timothy), Hilbert (William M.), Bert (J. Boyd, Jr.), Weber
(C. John, III), Hubbard (Buckley, Buckley, III),
 NO. 94-3301
 United States Court of Appeals,
Third Circuit.
 Jan 19, 1995
 
 1
 Appeal From: W.D.Pa., Nos. 85-00063E, 87-00213E
 
 
 2
 APPEAL DISMISSED.